IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREGORY GAMACHE                                                      PLAINTIFF

      v.            Civil No. 11-5077

THE STATE OF ARKANSAS                                                DEFENDANT

### O R D E R

Now on this 6th day of June, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #4), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's claims are **dismissed.**

IT IS SO ORDERED.

                                              /s/ Jimm Larry Hendren
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE